Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Northern District of Texas**

Case number (if known): _____　Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy　　**04/25**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Core F&B PFV, LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | **Renny's Bar & Grill** | |
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 1 – 3 1 2 7 5 3 1** | |
| **4. Debtor's address** | **Principal place of business** **11661 Preston Rd** Number　Street **Dallas, TX 75230** City　State　ZIP Code **Dallas** County | **Mailing address, if different from principal place of business** **3905 Circle Bluff Ct** Number　Street **Dallas, TX 75244** City　State　ZIP Code **Location of principal assets, if different from principal place of business** _____ Number　Street _____ City　State　ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor **Core F&B PFV, LLC**　　　　　Case number *(if known)*
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**7  2  2  5**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

　☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When ___/___/____ Case number _____
　　　　District _____ When ___/___/____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____
　　　District _____ When ___/___/____
　　　Case number, if known _____

Official Form 201　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　page **2**

Debtor **Core F&B PFV, LLC**     Case number *(if known)* _____
   Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number   Street<br>_____<br>   City   State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>   Contact name _____<br>   Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor **Core F&B PFV, LLC**  Case number *(if known)*
Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/16/2025**
MM/ DD/ YYYY

X **/s/ Mark Maguire**
Signature of authorized representative of debtor

**Mark Maguire**
Printed name

Title **Managing Member of Core Hospitality, LLC, Managing Member of Core F&B PFV, LLC**

**18. Signature of attorney**

X **/s/ John Paul Stanford**
Signature of attorney for debtor

Date **07/16/2025**
MM/ DD/ YYYY

**John Paul Stanford**
Printed name

**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
Firm name

**2001 Bryan Street 1800**
Number    Street

**Dallas**  **TX**  **75201**
City    State   ZIP Code

**(214) 880-1851**   **jstanford@qslwm.com**
Contact phone    Email address

**19037350**   **TX**
Bar number    State

American Express
PO Box 650448
Dallas, OH 75265-0448

Amtrust Financial Services, INc.
PO Box 6939
Cleveland, OH 44101

Auto-Chlor Services, LLC
PO Box 669126
Dallas, TX 75266

Beyond Gourmet
9211 Diplomacy Row
Dallas, TX 75247

Brothers Food Service Dallas
PO Box 550278
Dallas, TX 75355

Charter Communications
PO Box 223085
Pittsburgh, TX 15251

Citicard
PO Box 790034
Saint Louis, OH 63179-0034

Corporate Services Consultants, LLC
PO Box 1048
Dandridge, OH 37725

Edward Don & Company
2562 Paysphere Circle
Chicago, TX 60674

Fresh Pasta Delights
2680 Nova Dr.
Dallas, TX 75229

Freshpoint Dallas
4721 Simonton
Dallas, TX 75244

Globex America
2324 Shorecrest Dr.
Dallas, TX 75235-1804

Henry's Homemade Ice Cream
3100 Independence Parkway
Plano, TX 75075

Hill Country Dairies
PO Box 80467
Austin, TX 78708

Hood Boss, LLC
2511 Merrell Rd
Dallas, TX 75229

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JB Maverick Beverage Co TX
5935 Eisenhauer Rd Bld 3
San Antonio, TX 78218

Jet Couriers Corporation
2274 Rockbrook Dr
Lewisville, TX 75067

JS&A Control Systems
16531 Addison Rd
Addison, TX 75001

Lone Star Meats, Ltd.
PO Box 2005
Austin, TX 78768-2005

Melody Radle
7804 Quiet Meadow Lane 116
Frisco, TX 75033

Mexcor International Wine & Spirits
11177 Compaq West Dr.
Houston, TX 77070

Michael S. Harvey
19 Winding Lake Dr.
Dallas, TX 75230

Mission Linen Supply
1010 Avenue R
Grand Prairie, TX 75050

OBS Smoked & Distribution, LLC
1815 Trinity Valley Dr.
Carrollton, TX 75006

Office of the U.S. Trustee
Earle Cabell Federal Building
1100 Commerce Street, Room 976
Dallas, TX 75242

PFV/Realty III, LP
PO Box 30344
Tampa, TX 33630

Polsinelli
Attn: William R. Meyer
1401 Lawrence St. 2300
Denver, CO 80202

Purelight of Dallas, Inc.
5600 West Lovers Lane 116
Dallas, TX 75209

Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan Street 1800
Dallas, TX 75201

Reliant Metro Carbonation, LLC
PO Box 670279 116
Dallas, TX 75267-0279

Restaurant Hospitality Assoc. LLC
3526 Lakeview Parkway B239
Rowlett, TX 75088

Resy Network, Inc.
222 Broadway 17th FL
New York, TX 10038

Sam's Club MC/SYBNCB
PO Box 71711 B239
Philadelphia, TX 19176-1711

Seafood Supply Co.
PO Box 222251
Dallas, TX 75222-2251

Sears Credit Cards
PO Box 78051
Phoenix, AZ 85062-8051

SPEC'S Liquors
1903 Anson Rd
Dallas, TX 75235

Square 205
111 East University Dr 105-300
Dallas, TX 76209

Sysco North Texas, Inc.
800 Trinity Dr. 105-300
The Colony, TX 75056

Texas Comptroller Public Accounts.
Capitol Station
PO BOX 13528
Austin, TX 78711-3528

Texas Pecan Company, Inc.
2850 Satsuma Dr. 105-300
Dallas, TX 75229

The Print House
2930 Preston Rd 120
Frisco, TX 75034

Toast Capital
401 Park Dr . #801
Boston, MA 02215

Toast Capital
333 Summer St.
Boston, MA 02210

WebBank
215 South State St. 1000
Salt Lake City, UT 84111

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Core F&B PFV, LLC**                                         CASE NO

                                                                                                        CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **07/16/2025**          Signature          **/s/ Mark Maguire**

Mark Maguire, Managing Member of Core Hospitality, LLC, Managing Member of Core F&B PFV, LLC